IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | 1:26-cr-00099-TBM-RPM(2) |
| AMANDA JUNE CROWE | ) | |

**NOTICE OF INTENT TO CHANGE PLEA**

COMES NOW, Jeffrey G. Pierce, Attorney for the Defendant, AMANDA JUNE CROWE, and notifies this Honorable Court of his intent to plead "Guilty" to Count 2 of the Indictment.

RESPECTFULLY SUBMITTED, this the 5th day of November, 2026.

*s/Jeffrey G. Pierce*
Jeffrey G. Pierce, MSB#99645
175 Lameuse St., Ste. C
Biloxi, MS 39530
228.875.3715T/F/Txt.
jeffrey.piercelaw@gmail.com

CERTIFICATE OF SERVICE

I, Jeffrey G. Pierce, do hereby certify that I have this date filed with the ECF system the above and foregoing document which sent notice and an electronic copy to all counsel of record who have registered with the ECF system.

This the 5th day of November, 2026.

*s/Jeffrey G. Pierce*
Jeffrey G. Pierce, MSB#99645